UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVERKEEPER, INC., SOUNDKEEPER, INC., RARITAN BAYKEEPER, INC. d/b/a NY/NJ BAYKEEPER, DELAWARE RIVERKEEPER NETWORK, AMERICAN LITTORAL SOCIETY, SAVE THE BAY—PEOPLE FOR NARRAGANSETT BAY, FRIENDS OF CASCO BAY, AND SANTA MONICA BAYKEEPER,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>      Defendants. | Civil Action No. 06 CV 12987<br>ECF case |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Riverkeeper, Inc., Soundkeeper, Inc., Raritan Baykeeper, Inc. d/b/a NY/NJ Baykeeper, Delaware Riverkeeper Network, American Littoral Society, Save the Bay—People for Narragansett Bay, Friends of Casco Bay, and Santa Monica Baykeeper certifies that they are not-for-profit corporations, have no outstanding shares in the hands of the public, and have no parents, subsidiaries, or affiliates that have issued shares to the public.

Dated: New York, New York  
       November 7, 2006

Respectfully submitted,  
MORNINGSIDE HEIGHTS LEGAL SERVICES, INC.

By: _____/s/_____  
    Reed W. Super (RS-3615)  
    Edward Lloyd, Esq.  
    Lucas Munoz (law student intern)  
    Environmental Law Clinic  
    Columbia University School of Law  
    435 West 116th Street  
    New York, NY 10027  
    212-854-3365  
    212-854-3554 (fax)

Of Counsel:  
P. Kent Correll, Esq. (PC-2609)  
300 Park Avenue, 17th Floor  
New York, NY 10022  
212-475-3070  
212-475-2378 (fax)

*Counsel for Plaintiffs Riverkeeper, Inc., Soundkeeper, Inc., Raritan Baykeeper, Inc. d/b/a NY/NJ Baykeeper, Delaware Riverkeeper Network, American Littoral Society, Save the Bay—People for Narragansett Bay, Friends of Casco Bay, and Santa Monica Baykeeper*