

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

# MEMO ENDORSED

December 20, 2006

<u>BY HAND</u>
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/06
```

Re: <u>Riverkeeper, et al. v. EPA</u>, 06 Civ. 12987 (PKC)

Dear Judge Castel:

  I am the Assistant United States Attorney assigned to represent defendant United States Environmental Protection Agency ("EPA") in the above-referenced matter, filed on November 7, 2006. For the reasons set forth below, we write respectfully to request an extension of time to respond to the plaintiffs' complaint, from January 8, 2007, until the Court sets a briefing schedule at the initial conference on January 19, 2007.

  Pursuant to the Court's December 6 order, the parties are scheduled to appear for an initial conference in this case on January 19, 2007. As required by the order, the plaintiffs and EPA are preparing a joint letter to be submitted in advance of the conference, setting forth a brief summary of the parties' claims and defenses, as well as a discussion of motions the parties intend to file. EPA intends to file a motion to dismiss the complaint in this case, the basis of which will be described in the joint letter, pursuant to Your Honor's pre-motion requirement. Accordingly, EPA respectfully requests an extension of time to file its response to the complaint, from the current response date of January 8, 2007, until the Court sets a briefing schedule at the January 19 conference. Plaintiffs' counsel consents to EPA's request for an extension until January 19, 2007.

*Time to respond to complaint is adjourned to a date to be set at the Jan 19 initial conference (which will also serve as a pre-motion conference). SO ORDERED*

*[signature], USDJ*
*12-21-06*

         Thank you for Your Honor's consideration of this request.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney

                    By: _____
                                    WENDY H. WASZMER
                                    Assistant United States Attorney
                                    Telephone: (212) 637-2729
                                    Facsimile: (212) 637-2717

cc:  EDWARD LLOYD, ESQ. (By facsimile and first-class mail)
     REED WAYNE SUPER, ESQ.
     Counsel for Plaintiffs
     Environmental Law Clinic
     Columbia University School of Law
     435 West 116th Street
     New York, New York 10027