```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
RIVERKEEPER, INC., et al.,            :
                                      :
        Plaintiffs,                   :    NOTICE OF APPEARANCE
                                      :    AND REQUEST FOR
        v.                            :    ELECTRONIC NOTIFICATION
                                      :
UNITED STATES ENVIRONMENTAL           :
PROTECTION AGENCY, et al.,            :    06 Civ. 12987 (PKC)
                                      :
        Defendants.                   :
                                      :
------------------------------------x
```

TO:  Clerk of Court
     United States District Court
     Southern District of New York

        The undersigned attorney respectfully requests the Clerk

to note her appearance in this case, and also requests that she

be added as Lead Attorney to whom Notices of Electronic Filing

will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendants


                        By:  /s/ Wendy H. Waszmer
                             WENDY H. WASZMER (WW 5069)
                             Assistant United States Attorney
                             86 Chambers Street, 3rd Floor
                             New York, New York 10007
                             Telephone: (212) 637-2729
                             Facsimile: (212) 637-2717

CC:  EDWARD LLOYD, ESQ.
     REED WAYNE SUPER, ESQ.
     Counsel for Plaintiffs
     Environmental Law Clinic
     Columbia University School of Law
     435 West 116th Street
     New York, New York 10027