UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVERKEEPER, INC., NATURAL RESOURCES DEFENSE COUNCIL, WATERKEEPER ALLIANCE, INC., SOUNDKEEPER, INC., DELAWARE RIVERKEEPER NETWORK, AMERICAN LITTORAL SOCIETY, RARITAN BAYKEEPER, INC. d/b/a NY/NJ BAYKEEPER, SAVE THE BAY – PEOPLE FOR NARRAGANSETT BAY, FRIENDS OF CASCO BAY, SANTA MONICA BAYKEEPER, INC., SURFRIDER FOUNDATION, and MASSACHUSETTS PUBLIC INTEREST RESEARCH GROUP, INC.<br><br>       Plaintiffs,<br><br>  vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>       Defendants. | Case No. 06 Civ. 12987 (PKC)<br>ECF case |

## **PLAINTIFFS AMENDED RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs Riverkeeper, Inc., Natural Resources Defense Council, Waterkeeper Alliance, Inc., Soundkeeper, Inc., Delaware Riverkeeper Network, American Littoral Society, Raritan Baykeeper, Inc. d/b/a NY/NJ Baykeeper, Save the Bay – People for Narragansett Bay, Friends of Casco Bay, Santa Monica Baykeeper, Inc., Surfrider Foundation, and Massachusetts Public Interest Research Group, Inc. certifies that they are not-for-profit corporations, have no outstanding shares in the hands of the public, and have no parents,

subsidiaries, or affiliates that have issued shares to the public.

Dated:  New York, New York          Respectfully submitted,
        January 17, 2007            MORNINGSIDE HEIGHTS LEGAL SERVICES, INC.

                                    By:  ____/s/__Reed Super_____
Of Counsel:                              Reed W. Super (RS-3615)
P. Kent Correll, Esq. (PC-2609)          Edward Lloyd, Esq.
300 Park Avenue, 17th Floor              Environmental Law Clinic
New York, NY 10022                       Columbia University School of Law
212-475-3070                             435 West 116th Street
212-475-2378 (fax)                       New York, NY 10027
                                         212-854-3365
                                         212-854-3554 (fax)
                                    *Counsel for Plaintiffs Riverkeeper, Inc., Natural Resources Defense Council, Waterkeeper Alliance, Inc., Soundkeeper, Inc., Delaware Riverkeeper Network, American Littoral Society, Raritan Baykeeper, Inc. d/b/a NY/NJ Baykeeper, Save the Bay—People for Narragansett Bay, Friends of Casco Bay, Santa Monica Baykeeper, Inc., and Surfrider Foundation.*

                                         Joseph Mann
                                         National Environmental Law Center
                                         369 Broadway, Suite 200
                                         San Francisco, CA 94144
                                         415-622-0086, x306 (tel); 415-622-0016 (fax)
                                    *Counsel for Plaintiff Massachusetts Public Interest Research Group, Inc.*

                                         Charles Caldart
                                         National Environmental Law Center
                                         3240 Eastlake Avenue E., Suite 100
                                         Seattle, WA 98102
                                         206-568-2853 (tel); 206-568-2858 (fax)
                                    *Counsel for Plaintiff Massachusetts Public Interest Research Group, Inc.*