UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVERKEEPER, INC., NATURAL RESOURCES DEFENSE COUNCIL, WATERKEEPER ALLIANCE, INC., SOUNDKEEPER, INC., DELAWARE RIVERKEEPER NETWORK, AMERICAN LITTORAL SOCIETY, RARITAN BAYKEEPER, INC. d/b/a NY/NJ BAYKEEPER, SAVE THE BAY – PEOPLE FOR NARRAGANSETT BAY, FRIENDS OF CASCO BAY, SANTA MONICA BAYKEEPER, INC., SURFRIDER FOUNDATION, and MASSACHUSETTS PUBLIC INTEREST RESEARCH GROUP, INC.<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>　　　　　Defendants. | Case No. 06 Civ. 12987 (PKC)<br>ECF case<br><br>**NOTICE OF APPEARANCE OF P. KENT CORRELL AND REQUEST FOR ELECTRONIC NOTIFICATION** |

To the Clerk of this Court and all parties of record:

　　Please enter my appearance as counsel in this case for plaintiffs:

　　Riverkeeper, Inc., Natural Resources Defense Council, Waterkeeper Alliance, Inc., Soundkeeper, Inc., Delaware Riverkeeper Network, American Littoral Society, Raritan Baykeeper, Inc. d/b/a NY/NJ Baykeeper, Save the Bay—People for Narragansett Bay, Friends of Casco Bay, Santa Monica Baykeeper, Inc., and Surfrider Foundation.

　　I certify that I am admitted to practice in this court.

　　In addition, please add me as an additional attorney to whom notices of electronic filing will be transmitted in this case.   Reed Super, who previously entered an appearance, remains the Lead Attorney for plaintiffs.

January 18, 2007　　　　　　　　　　　　　　　　　　　／s/ P. Kent Correll
　　　　　　　　　　　　　　　　　　　　　　　　　　　P. Kent Correll, Esq. (PC-2609)
　　　　　　　　　　　　　　　　　　　　　　　　　　　300 Park Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 475-3070    (212) 475-2378 (fax)

cc:   Wendy H. Waszmer
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      *Counsel for Defendants*