

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

86 Chambers Street, 3rd Floor
New York, New York 10007

January 24, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/07

**BY HAND**
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

    Re: <u>Riverkeeper, et al. v. EPA</u>, 06 Civ. 12987 (PKC)

Dear Judge Castel:

    Pursuant to the Court's request at the January 19, 2007 initial conference in the above-referenced matter, I write on behalf of all parties in this case to submit the proposed briefing schedule for the Government's motion to dismiss the amended complaint. The parties propose the following briefing schedule:

    Government's motion to filed by **February 7, 2007**.

    Any brief by intervenor CWIS Coalition to be filed by **February 14, 2007**.

    Plaintiffs' opposition to the Government's motion, and to any brief to be filed by intervenor CWIS Coalition, to be filed by **March 9, 2007**.

    Government and CWIS Coalition reply briefs due on **March 23, 2007**.

    Plaintiffs have also asked me to communicate their request for leave of the Court to submit a consolidated opposition brief in response to the Government's motion and any brief submitted by CWIS Coalition, with an enlarged page limit equal to the number of pages submitted by the Government and CWIS Coalition. Plaintiffs also respectfully request that the Court schedule oral argument when the motion is fully briefed. EPA and CWIS Coalition do not oppose plaintiffs' requests.

*[Handwritten endorsement: Consolidated brief and page extension granted. Schedule approved. SO ORDERED. /s/ PKC USDJ 1-25-07   OK]*

We thank the Court for its consideration of these requests.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
WENDY H. WASZMER (WW 5069)
Assistant United States Attorney
Telephone: (212) 637-2729
Facsimile: (212) 637-2717

cc:  EDWARD LLOYD, ESQ. (By facsimile)
REED WAYNE SUPER, ESQ.
Environmental Law Clinic
Columbia University School of Law
435 West 116th Street
New York, New York 10027
Telephone: (212) 854-3365
Facsimile: (212) 854-3554

P. KENT CORRELL, ESQ. (By facsimile)
Counsel for Plaintiffs
300 Park Avenue, 17th Floor
New York, NY 10022
Telephone: (212) 475-3070
Facsimile: (212) 475-2378

RUSSELL S. FRYE, ESQ. (By facsimile)
Counsel for Intervenor CWIS Coalition
FryeLaw PLLC
3050 K Street, NW  Suite 400
Washington, DC  20007
Telephone: (202) 572-8267
Facsimile: (866) 850-5198