

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIVERKEEPER, INC., ET AL.,

    Plaintiffs,

-against-

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, ET AL.,

    Defendants.

Index No. 1:06-cv-12987-PKC

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN NOTICE**

Upon the motion of J. Jamari Buxton, local counsel for intervenor applicant the Cooling Water Intake Structure Coalition, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Russell S. Frye |
| Firm Name: | FryeLaw PLLC |
| Address: | 3050 K Street, N.W. Suite 400 |
| City/State/Zip: | Washington, DC 20007-5108 |
| Phone Number: | (202) 572-8267 |
| Fax Number: | (866) 850-5198 |

is admitted to practice pro hac vice as counsel for the Cooling Water Intake Structure Coalition in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January 24, 2007
         New York, New York

                                                          United States District Judge