MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: WENDY H. WASZMER (WW5069)
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2729
Fax: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
RIVERKEEPER, INC., et al.,                :
                                          :     ECF CASE
                Plaintiffs,               :
                                          :
        v.                                :     **NOTICE OF MOTION**
                                          :
UNITED STATES ENVIRONMENTAL               :
PROTECTION AGENCY, et al.,                :     06 Civ. 12987 (PKC)
                                          :
                Defendants.               :
                                          :
------------------------------------------------------------ x

     PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, and upon all the pleadings heretofore filed in this action, defendants United States Environmental Protection Agency, and Stephen L. Johnson, Acting Administrator of the United States Environmental Protection Agency (collectively, "EPA" or "defendants"), by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, move this Court for an order dismissing the Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
February 7, 2007

                        MICHAEL J. GARCIA
                        United States Attorney for the
                        Southern District of New York
                        Attorney for Defendants

By: _____
       WENDY H. WASZMER
       Assistant United States Attorney
       Tel.: (212) 637-2729
       Fax: (212) 637-2717

To:    EDWARD LLOYD, ESQ.
       REED WAYNE SUPER, ESQ.
       Counsel for Plaintiffs
       Environmental Law Clinic
       Columbia University School of Law
       435 West 116th Street
       New York, New York 10027
       Telephone: (212) 854-3365
       Facsimile: (212) 854-3554

       P. KENT CORRELL, ESQ.
       Counsel for Plaintiffs
       300 Park Avenue, 17th Floor
       New York, NY 10022
       Telephone: (212) 475-3070
       Facsimile: (212) 475-2378

       RUSSELL S. FRYE, ESQ.
       Counsel for Intervenor CWIS Coalition
       FryeLaw PLLC
       3050 K Street, NW Suite 400
       Washington, DC 20007
       Telephone: (202) 572-8267
       Facsimile: (866) 850-5198