UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVERKEEPER, INC., ET AL.,<br><br>Plaintiffs,<br><br>-against-<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL.,<br><br>Defendants. | Case No. 06 Civ. 12987 (PKC)<br>ECF case<br><br>**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

Intervenor The Cooling Water Intake Structure Coalition ("the Coalition") supports Defendants' motion to dismiss the amended complaint for lack of subject-matter jurisdiction and believes that Defendants' Memorandum of Law in Support of their motion to dismiss conclusively demonstrates why the case should be dismissed. The Coalition reserves the right to provide a more substantive reply to Plaintiff's opposition to the motion to dismiss, as authorized by the Court's January 24, 2007 order.

Dated: February 14, 2007
      New York, New York

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____
J. Janari Buxton (JB 6446)
101 Park Avenue
New York, New York 10178
(212) 808-7800

- and -

Russell S. Frye (*pro hac vice*)
FryeLaw PLLC
3050 K Street, N.W. Suite 400
Washington, D.C. 20007
(202) 572-8267

*Attorneys for Intervenor*
*The Cooling Water Intake Structure Coalition*