

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

March 22, 2007

**MEMO ENDORSED**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 3/23/07*

RECEIVED
MAR 23 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**BY HAND**
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

    Re:  <u>Riverkeeper, et al. v. EPA</u>, 06 Civ. 12987 (PKC)

Dear Judge Castel:

    I am the Assistant United States Attorney representing defendant United States Environmental Protection Agency ("EPA") in the above-referenced matter, concerning EPA's Phase III Rule for cooling water intake structures ("CWISs"), in which EPA has moved for dismissal of the Amended Complaint.

    I write respectfully on behalf of EPA and intervenor CWIS Coalition to request a three-day extension of time, from Friday, March 23, 2007, until Wednesday, March 28, 2007, to file reply briefs in support of EPA's motion. The parties request this extension of time because of filings due in other matters. This is the first extension of time requested with regard to the reply briefs. Counsel for plaintiffs, Reed Super, Esq., consents to this request for an extension.

    Thank you for Your Honor's consideration of this request.

Application granted
SO ORDERED
[signature]
USDJ
3-23-07

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
WENDY H. WASZMER
Assistant United States Attorney
Telephone: (212) 637-2729
Facsimile: (212) 637-2717

cc:  EDWARD LLOYD, ESQ. (By facsimile and first-class mail)
     REED WAYNE SUPER, ESQ.
     Counsel for Plaintiffs
     Environmental Law Clinic
     Columbia University School of Law
     435 West 116th Street
     New York, New York 10027
     Tel.: (212) 854-3365
     Fax: (212) 854-3554

     P. KENT CORRELL, ESQ. (By facsimile and first-class mail)
     Counsel for Plaintiffs
     300 Park Avenue, 17th Floor
     New York, NY 10022
     Tel.: (212) 475-3070
     Fax: (212) 475-2378

     CHARLES ·C. CALDART, ESQ. (By facsimile and first-class mail)
     National Environmental Law Center
     3240 Eastlake Avenue East
     Suite 100
     Seattle, WA 98102
     Tel.: (206) 568-2853
     Fax: (206) 568-2858

     JOSEPH J. MANN, ESQ. (By facsimile and first-class mail)
     National Environmental Law Center
     369 Broadway Street, Suite 200
     San Francisco, CA 94133
     Tel.: (415) 622-0086 x306
     Fax: (415) 622-0016

     RUSSELL S. FRYE, ESQ. (By facsimile and first-class mail)
     Counsel for Intervenor CWIS Coalition
     FryeLaw PLLC
     3050 K Street, NW  Suite 400
     Washington, DC  20007
     Tel.: (202) 572-8267
     Fax: (866) 850-5198