Joseph J. Mann (admitted *pro hac vice*)
National Environmental Law Center
369 Broadway Street, Suite 200
San Francisco, California 94133
415-622-0086 x306 (tel)
415-622-0016 (fax)

Of Counsel for Plaintiff Massachusetts
Public Interest Research Group, Inc.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-07
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIVERKEEPER, INC., NATURAL RESOURCES DEFENSE COUNCIL, WATERKEEPER ALLIANCE, INC., SOUNDKEEPER, INC., DELAWARE RIVERKEEPER NETWORK, AMERICAN LITTORAL SOCIETY, RARITAN BAYKEEPER, INC. d/b/a NY/NJ BAYKEEPER, SAVE THE BAY – PEOPLE OF NARRAGANSETT BAY, FRIENDS OF CASCO BAY, SANTA MONICA BAYKEEPER, INC., SURFRIDER FOUNDATION, MASSACHUSETTS PUBLIC INTEREST RESEARCH GROUP, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and STEPHEN L. JOHNSON, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Civil Action No. 06 CV 12987 (PKC)<br>ECF case<br><br>**UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY**<br><br>*Motion granted.*<br>*So Ordered.*<br>*[signature]*<br>*USDJ*<br>*7-11-07* |

Pursuant to Fed. R. Civ. P. 25(c), Plaintiff Massachusetts Public Interest Research Group,

Inc. ("MASSPIRG") hereby moves for an Order allowing the substitution of Environment

1