MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: WENDY H. WASZMER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2729
Fax: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
RIVERKEEPER, INC., et al.,                                   :
                                                             :       ECF CASE
                              Plaintiffs,                    :
                                                             :
                 v.                                          :       **NOTICE OF MOTION**
                                                             :
UNITED STATES ENVIRONMENTAL                                  :
PROTECTION AGENCY, et al.,                                   :       06 Civ. 12987 (PKC)
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ x

     PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants' Motion for a Stay of Proceedings defendants United States Environmental Protection Agency, and Stephen L. Johnson, Acting Administrator of the United States Environmental Protection Agency (collectively, "EPA"), by and through their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, respectfully move this Court for an order staying proceedings in this action pending the issuance of a decision by the United States Court of Appeals for the Fifth Circuit in the petitions for review consolidated in ConocoPhillips, et al., v. EPA, 06-60662 (L) (5th Cir.).

Dated: New York, New York
October 10, 2007

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York
                                          Attorney for Defendants

By: _____
         WENDY H. WASZMER
         Assistant United States Attorney
         Tel.: (212) 637-2729
         Fax: (212) 637-2717

To:    EDWARD LLOYD, ESQ.
        REED WAYNE SUPER, ESQ.
        Counsel for Plaintiffs
        Environmental Law Clinic
        Columbia University School of Law
        435 West 116th Street
        New York, New York 10027
        Telephone: (212) 854-3365
        Facsimile: (212) 854-3554

        P. KENT CORRELL, ESQ.
        Counsel for Plaintiffs
        300 Park Avenue, 17th Floor
        New York, NY 10022
        Telephone: (212) 475-3070
        Facsimile: (212) 475-2378

        CHARLES C. CALDART, ESQ.
        National Environmental Law Center
        3240 Eastlake Avenue East
        Suite 100
        Seattle, WA 98102
        Tel.: (206) 568-2853
        Fax: (206) 568-2858

JOSEPH J. MANN, ESQ.
National Environmental Law Center
369 Broadway Street, Suite 200
San Francisco, CA 94133
Tel.: (415) 622-0086 x306
Fax: (415) 622-0016

RUSSELL S. FRYE, ESQ.
Counsel for Intervenor CWIS Coalition
FryeLaw PLLC
1101 30th Street, N.W., Suite 220
Washington, DC  20007-3769
Telephone: (202) 572-8267
Facsimile: (866) 850-5198