

# MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/7/07

86 Chambers Street, 3rd Floor
New York, New York 10007

November 6, 2007

**BY HAND**
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

    Re: <u>Riverkeeper, et al. v. EPA</u>, 06 Civ. 12987 (PKC)

Dear Judge Castel:

    I am the Assistant United States Attorney representing defendant United States Environmental Protection Agency ("EPA") in the above-referenced matter, concerning EPA's Phase III Rule for cooling water intake structures ("CWISs"), in which EPA has moved for a stay of further proceedings.

    I write respectfully on behalf of EPA to request a three-day extension of time, from Friday, November 9, 2007, until Thursday, November 15, 2007, to file EPA's reply brief in support of its motion for a stay of further proceedings.[1] I request this brief extension of time because of filings due in other matters. This is the first extension of time requested by EPA with regard to its reply brief. Counsel for plaintiffs, Reed Super, Esq., and counsel for intervenor CWIS Coalition, Russell Frye, Esq., have consented to this request for an extension.

OK

    Thank you for Your Honor's consideration of this request.

*Application Granted.*
*SO ORDERED.*
*[signature] 11-7-07*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
WENDY H. WASZMER
Assistant United States Attorney
Telephone: (212) 637-2729
Facsimile: (212) 637-2717

---

[1] Monday, November 12, 2007 is Veterans Day, a federal holiday.