UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RIVERKEEPER, INC., et al.,

               Plaintiff,

       -against-

06 CIVIL 12987 (PKC)

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al. Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **REED W SUPER (RS-3615)**

☐ **Attorney**

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm/~~Government Agency~~ Association**

    From: **MORNINGSIDE HEIGHTS LEGAL SERVICES, INC.**

    To: **LAW OFFICE OF REED W. SUPER**

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/~~agency~~.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ Address: **116 JOHN STREET, SUITE 3100, NEW YORK, NY 10038**

☒ Telephone Number: **212-791-1881, ext 22**

☒ Fax Number: **646-417-7249**

☒ E-Mail Address: **REED@SUPERLAWOFFICE.COM**

Dated: **1/18/08**      _[signature]_