



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6 -11 - 08_

# MEMO ENDORSED

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

June 10, 2008

RECEIVED

JUN 1 1 2008

CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

**BY HAND**
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

             Re:   <u>Riverkeeper, et al. v. EPA</u>, 06 Civ. 12987 (PKC)

Dear Judge Castel:

        I am the Assistant United States Attorney representing
defendant United States Environmental Protection Agency ("EPA")
in the above-referenced matter, concerning EPA's Phase III Rule
for cooling water intake structures ("CWISs").  As the Court is
aware, this action has been stayed pending the resolution of the
proceedings in the Fifth Circuit regarding the Phase III Rule.

        By letter dated April 18, 2008, we submitted to the
Court a copy of EPA's Rule 28(j) letter to the Fifth Circuit
regarding the Supreme Court's grant of petitions for certiorari
in <u>Entergy Corp. v. EPA</u>, 07-588, 07-589, 07-597.  We now write to
provide the Court with a copy of the Fifth Circuit's June 4, 2008
Order, placing the Phase III petitions in abeyance pending a
decision by the Supreme Court regarding Supreme Court docket
numbers 07-588, 07-589, 07-597.

        We thank the Court for its consideration of this
matter.

*The above action is placed on the suspense docket pending further action by the Fifth Circuit on the jurisdictional issue. SO ORDERED.*
*[signature] USDJ 6-11-08*

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                  United States Attorney

                          By:  _____
                                  WENDY H. WASZMER
                                  Assistant United States Attorney
                                  Telephone: (212) 637-2729
                                  Facsimile: (212) 637-2717

Enclosure

cc:   EDWARD LLOYD, ESQ. (By facsimile and first-class mail)
      Counsel for Plaintiffs
      Environmental Law Clinic
      Columbia University School of Law
      435 West 116th Street
      New York, New York 10027
      Telephone: (212) 854-3365
      Facsimile: (212) 854-3554

      REED WAYNE SUPER, ESQ. (By facsimile and first-class mail)
      Counsel for Plaintiffs
      Law Office of Reed W. Super
      116 John Street, Suite 3100
      New York, New York 10038
      Telephone: (212) 791-1881, ext. 22
      Facsimile: (646) 417-7249

      P. KENT CORRELL, ESQ. (By facsimile and first-class mail)
      Counsel for Plaintiffs
      300 Park Avenue, 17th Floor
      New York, NY 10022
      Telephone: (212) 475-3070
      Facsimile: (212) 475-2378

      CHARLES C. CALDART, ESQ. (By facsimile and first-class mail)
      Counsel for Plaintiffs
      National Environmental Law Center
      3240 Eastlake Avenue East
      Suite 100
      Seattle, WA 98102
      Telephone: (206) 568-2853
      Facsimile: (206) 568-2858

      JOSEPH J. MANN, ESQ. (By facsimile and first-class mail)
      Counsel for Plaintiffs
      National Environmental Law Center
      369 Broadway Street, Suite 200
      San Francisco, CA 94133
      Telephone: (415) 622-0086 x306
      Facsimile: (415) 622-0016

      RUSSELL S. FRYE, ESQ. (By facsimile and first-class mail)
      Counsel for Intervenor CWIS Coalition
      FryeLaw PLLC
      1101 30th Street, N.W., Suite 220
      Washington, DC  20007-3769
      Telephone: (202) 572-8267
      Facsimile: (866) 850-5198

2